IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-25CR0094-Z |
| MATTHEW ALBERT TATE | |

### INDICTMENT

The Grand Jury Charges:

Count One
Possession of Child Pornography Involving a Prepubescent Minor
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2))

From on or about a date unknown to the grand jury, to on or about May 15, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Matthew Albert Tate**, defendant, did knowingly possess a Gray 1 TB SanDisk Solid State Drive (SSD), serial number 25023S401255, which contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, and which was mailed, shipped, and transported using any means and facility of, and in and affecting interstate and foreign commerce, by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

<u>Count Two</u>
Transportation of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(1) and (b))

From on or about a date unknown to the grand jury, to on or about May 15, 2025, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Matthew Albert Tate**, defendant, knowingly transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), to an external storage device, in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(1) and (b).

Forfeiture Notice
(18 U.S.C. § 2253)

Upon conviction of any offense alleged in the Indictment, and pursuant to 18 U.S.C. § 2253, defendant **Matthew Albert Tate**, shall forfeit to the United States of America: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in the Indictment; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense alleged in the Indictment, and any property traceable to such property. The above-referenced property subject to forfeiture includes, but is not limited to, a Gray 1 TB SanDisk Solid State Drive (SSD), serial number 25023S401255; and a Dell Inspiron laptop, in the possession of law enforcement.

If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and by Title 28, United States Code, Section 2461(c).

            A TRUE BILL:

            _____
            FOREPERSON

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

_____
CALLIE WOOLAM
Assistant United States Attorney
Texas State Bar No. 24075306
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone: 806-472-7564
Facsimile: 806-472-7394
E-mail:  callie.woolam@usdoj.gov

Matthew Albert Tate
Indictment - Page 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

MATTHEW ALBERT TATE

INDICTMENT

COUNT 1: POSSESSION OF CHILD PORNOGRAPHY INVOLVING A PREPUBESCENT MINOR
Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

COUNT 2: TRANSPORTATION OF CHILD PORNOGRAPHY
Title 18, United States Code, Sections 2252A(a)(1) and (b).

(2 COUNTS + FORFEITURE)

A true bill rendered,

Amarillo                                             _____ Foreperson
Filed in open court this 28th day of August 2025

                                                      _____ Clerk
ARREST WARRANT TO ISSUE.

_____
UNITED STATES MAGISTRATE JUDGE